UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHARLES BENZING,<br>        Plaintiff,<br><br>v.<br><br>WAKE COUNTY, MAGISTRATE<br>STEVEN A. TIBBETS, ALICE C.<br>STUBBS, and KATEY M. REGAN,<br>        Defendants. | **JUDGMENT**<br><br>No. 5:10-CV-541-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendants' Motions to Dismiss at docket entries [6], [13] and [22] are ALLOWED and Plaintiff's Complaint at [4] is DISMISSED. All other pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on January 19, 2012, and Copies To:**

Charles Benzing (via US Mail) P.O. Box 3391, Cary, NC 27519
Roger A. Askew (CM/ECF Notice of Electronic Filing)
Kenneth R. Murphy, III (CM/ECF Notice of Electronic Filing)
David J. Adinolfi, II (CM/ECF Notice of Electronic Filing)
Randall M. Roden (CM/ECF Notice of Electronic Filing)
Robert Duncan Church (CM/ECF Notice of Electronic Filing)


DATE                                DENNIS P. IAVARONE, CLERK
January 19, 2012                /s/ Susan K. Edwards
                                       (By) Susan K. Edwards, Deputy Clerk