UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHARLES BENZING,                      ) | |
|        Plaintiff,              ) | |
| ) | |
| v.                                                   ) | **JUDGMENT** |
| ) | |
| ) | No. 5:10-CV-541-F |
| ) | |
| WAKE COUNTY, MAGISTRATE     ) | |
| STEVEN A. TIBBETS, ALICE C.     ) | |
| STUBBS, and KATEY M. REGAN, ) | |
|        Defendants.         ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendants' Motions to Dismiss at docket entries [6], [13] and [22] are ALLOWED and Plaintiff's Complaint at [4] is DISMISSED. All other pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on January 19, 2012, and Copies To:**

Charles Benzing (via US Mail) P.O. Box 3391, Cary, NC 27519
Roger A. Askew (CM/ECF Notice of Electronic Filing)
Kenneth R. Murphy, III (CM/ECF Notice of Electronic Filing)
David J. Adinolfi, II (CM/ECF Notice of Electronic Filing)
Randall M. Roden (CM/ECF Notice of Electronic Filing)
Robert Duncan Church (CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| DATE | DENNIS P. IAVARONE, CLERK |
| January 19, 2012 |   /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |